**In re the Marriage of Adeline BLACK, f.k.a. Adeline Bitker, petitioner, Respondent.**

v.

**Clifton BITKER, Appellant.**

**No. C8–84–2006.**

Supreme Court of Minnesota.

July 2, 1986.

### ORDER

WHEREAS, by order dated July 24, 1985, the petition for review in the above-entitled matter was stayed pending disposition in *Moylan v. Moylan* (C2–85–2177) and *Erickson v. Erickson* (C7–84–1770), and

WHEREAS, both cases have been decided;

IT IS HEREBY ORDERED that the petition of Adeline Black, f.k.a. Adeline Bitker for further review be, and the same is, denied.